

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00008-CV

———————————————

CLARENCE JEDUSS WASHINGTON, Appellant

V.

CATHERINE GRACE RUBIO, Appellee

---

On Appeal from the 16th District Court
Denton County, Texas
Trial Court No. 2010-11156-16

---

Before Gabriel, Kerr, and Birdwell, JJ.
Memorandum Opinion by Justice Gabriel

**MEMORANDUM OPINION**

Appellant Clarence Jeduss Washington attempts to appeal the trial court's "Commitment Order" committing him to county jail for 180 days after a finding of contempt for his failure to make court-ordered child support payments.

On January 10, 2020, we sent Washington a letter expressing our concern that we do not have jurisdiction over this appeal because the "Commitment Order" is not a final judgment or an appealable interlocutory order. *See In re Office of Attorney Gen. of Tex.*, 215 S.W.3d 913, 915 (Tex. App.—Fort Worth 2007, orig. proceeding) ("Decisions in contempt proceedings cannot be reviewed on appeal because contempt orders are not appealable, even when appealed along with a judgment that is appealable."); *Cadle Co. v. Lobingier*, 50 S.W.3d 662, 671 (Tex. App.—Fort Worth 2001, pets. denied) (en banc) (stating the same and explaining that a "contempt judgment is reviewable only via a petition for writ of habeas corpus (if the contemnor is confined) or a petition for writ of mandamus (if no confinement is involved)"); *Anderson v. Burleson*, 583 S.W.2d 467, 467 (Tex. App.—Houston [1st Dist.] 1979, no writ) ("There is no provision in Texas statutes for an appeal from an adjudication and commitment for contempt.").

We informed Washington that unless he filed a response showing grounds for continuing the appeal, we would dismiss it. *See* Tex. R. App. P. 42.3(a), 44.3. Washington has not filed a response. Accordingly, we dismiss his appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *In re Office of Attorney Gen. of Tex.*, 215 S.W.3d

at 915; *Cadle Co.*, 50 S.W.3d at 671; *Kristopher v. State*, No. 14-98-1042-CR, 1998 WL 725812, at *1 (Tex. App.—Houston [14th Dist.] Oct. 8, 1998, no pet.) (not designated for publication) ("We are unable to consider these appeals because orders of contempt and commitment are unappealable, interlocutory orders.").

/s/ Lee Gabriel

Lee Gabriel
Justice

Delivered:  February 13, 2020